**WELTER LAW FIRM, P.C.**

DIRECT DIAL 703.435.8809
EAW@WELTERLAW.COM

ERIC A. WELTER
ADMITTED IN VA, MD, DC, TX, MN

ROBERT R. GILLISPIE
ADMITTED IN VA, DC, KY

MICHAEL K. WILSON
ADMITTED IN VA

October 10, 2008

**VIA FIRST CLASS CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Ms. Jericho Demissie
8014 Amesbury Lane
Rowlett, Texas 75809

**Demissie v. 7-Eleven, Inc.**
**No. 08-08599**

Dear Ms. Demissie:

I am writing to remind you that your deposition has been noticed for November 28, 2008, at 9:00 a.m. Enclosed is another copy of the deposition notice. Unless the court enters an order granting your motion for a stay of discovery, you will be required to appear for your deposition and give testimony regarding this case. You will also be expected to produce documents that are responsive to the requests in the deposition notice.

Please be advised that if the court does not enter an order staying discovery and you fail to appear for your deposition, you may be required to reimburse 7-Eleven for its attorneys' fees and costs incurred in appearing for your deposition.

Sincerely,

Eric A. Welter

Enclosure