**Steven H. Gentry & Associates, Inc.**
2379 Gus Thomasson Road Suite 100
Mesquite, TX 75150
Phone: 214.321.5333
Fax: 214.321.6869

Eric A. Welter
Welter Law Firm, P.C.
720 Lynn Street, Suite B
Herndon, VA 20170

## Invoice #3831

| Date | Terms |
|---|---|
| 06/04/2009 | Payment Due Upon Receipt |

| Assignment | Number | Staff | Order Shipped | Shipped Via |
|---|---|---|---|---|
| 05/21/2009 | 2335 | Elite Video Productions; Valforte, Flora | 06/03/2009 | UPS |

| Cause No. | Case |
|---|---|
| 08-08599 | Jericho Mesissie vs. 7-Eleven, Inc., et al |

| Description |
|---|
| CNA of Jericho Demissie Vol: 1 |

|   |   |
|---|---|
| Amount Due: | $ 115.99 |
| Paid: | $ 0.00 |

| Balance Due: | $ 115.99 |
|---|---|
| Payment Due: | Upon Receipt |

*Order includes Certificate of Nonappearance.*

Tax ID: 75-2440803

Web: www.gentrycr.com  E-mail: gentrycr@swbell.net

**PAYMENT DUE UPON RECEIPT OF INVOICE.**

**THANK YOU FOR YOUR BUSINESS!**