# **_Elite Video Productions, Inc._**

3018 Commerce Street
Dallas, TX 75226
Phone 214.747.1952  Fax 214.747.1955
www.elitevideoproductions.com



# Invoice

| DATE | INVOICE # |
|---|---|
| 5/21/2009 | 22185 |
| Due Date | 5/21/2009 |
| Terms | Due Upon Rece... |

| BILL TO |
|---|
| Eric Welter
Welter Law Firm, PC
720 Lynn St., Ste. B
Herndon, VA  20170 |

| Court Reporter | Tech | State Taken | Cause No. |
|---|---|---|---|
| Flora Valforte/Gentry | ME | TX | 0808599 |
| Witness | Jericho Demissie | Style: | Demissie v 7-Eleven |

We maintain the camera master tapes for 2 years unless otherwise instructed.

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| The videotaped Non-Appearance of Jericho Demissie on 5/21/09 3 hour minimum | 3 | 110.00 | 330.00 |
| Sony PDV-124N DV-CAM camera master tapes | 1 | 30.00 | 30.00 |
| DVD of the original camera masters | 1 | 0.00 | 0.00 |
| Parking | | 10.00 | 10.00 |
| FedEx shipped on 5/28/09 | | 25.00 | 25.00 |
| Re:  Demissie v 7-Eleven, Inc. | | | |

Invoice emailed on 5/21

| Thank you for your business. | | Total | $395.00 |
|---|---|---|---|

NCTRCA CERTIFIED
Tax ID   20-0169294