IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **JERICHO DEMISSIE,** | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 3:09-CV-1153-M |
| | § | |
| **7-ELEVEN INC., et al.,** | § | |
| Defendants. | § | Referred to U.S. Magistrate Judge for Pretrial Management |

## ORDER

Defendants removed this case to federal court and the court denied Plaintiff's motion to remand. On January 21, 2010, the court filed its order requiring scheduling conference and report for contents of scheduling order. A joint status report is due on or before February 19, 2010.

In their July 2, 2009 motion for sanctions, filed shortly after the removal of this case, Defendants request the court to sanction Plaintiff for her repeated refusal to attend a deposition. Plaintiff's September 24, 2009 motion for sanction requests that Defendants be sanctioned because they failed to respond to Plaintiff's interrogatories.

Discovery may not proceed in a case filed in federal court until the parties have conferred as required by Fed. R. Civ. P. 26(f). *See* Fed. R. Civ. P. 26(d)(1).

IT IS THEREFORE ORDERED that Defendant 7-Eleven's motion for sanctions (Doc. #5) and Plaintiff Jericho Demissie's motion for sanctions (Doc. #16) are DENIED.

Signed this 28th day of January, 2010.

WM. F. SANDERSON, JR.
UNITED STATES MAGISTRATE JUDGE