IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**JERICHO DEMISSIE,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　**Civil Action No. 3:09-CV-1153-M-BK**

**7-ELEVEN, INC., et al.,**

    **Defendants.**

## ORDER

In light of Judge Lynn's order dated February 17, 2011, which denied Plaintiff's *Motion for Stay of Summary Judgment Proceedings* (doc. 71), the undersigned hereby **DIRECTS** Plaintiff to file a response to Defendant's *Motion for Summary Judgment* no later than February 28, 2011. Plaintiff's failure to do so may result in a recommendation that her case be dismissed without further notice. *See* FED.R.CIV.P. 41(b); *McCullough v. Lynaugh*, 835 F.2d 1126, 1127 (5th Cir. 1988) (noting that the district court has the inherent authority to dismiss an action *sua sponte* without motion by a defendant).

**SO ORDERED** on February 22, 2011.

RENÉE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE