IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

JERICHO DEMISSIE,

    **Plaintiff,**

v.                                           Civil Action No. 3:09-CV-1153-M-BK

7-ELEVEN, INC., et al.,

    **Defendants.**

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions and a Recommendation in this case. Plaintiff filed a "Response" after the date when objections were due, but that document contained no objections to the proposed findings, conclusions and recommendation, and Plaintiff never filed objections. The District Court thus reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, Defendant's *Motion for Summary Judgment* (Doc. 56) is **GRANTED**.

SO ORDERED this 25th day of July, 2011.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS